**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-1376**

———————————

ARTHUR CARSON,

Plaintiff - Appellant,

versus

NATIONAL CERTIFYING ORGANIZATION FOR PARA-
LEGALS; CHAIRMAN OF THE BOARD OF DIRECTORS;
PATRICK L. TEAGUE,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-94-2263-WN)

———————————

Submitted:  January 18, 1996      Decided:  January 31, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Arthur Carson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Carson v. National Certifying Organization for Paralegals</u>, No. CA-94-2263-WN (D. Md. Feb. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>